# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NESTOR QUINTANA, | Case No.: 2:22-cv-00463-APG-NJK |
| Petitioner, | **Order Dismissing Action** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner, Nestor Quintana, has submitted for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254, and a motion for appointment of counsel (ECF No. 1-1). Those documents have not yet been filed because Quintana has not paid the $5 filing fee and he has not submitted an application to proceed in forma pauperis. Quintana states in a notice attached to his petition (ECF No. 1-1, p. 18) that he has taken action to have the filing fee for this case paid. Also, Quintana has filed a notice (ECF No. 3) stating that he sent payment of the filing fee to the Court, but it was applied to a separate habeas corpus case that he initiated, Case No. 2:22-cv-00437-APG-NJK.

That other case, Case No. 2:22-cv-00437-APG-NJK, is also a petition for writ of habeas corpus, apparently challenging the same conviction and sentence that Quintana challenges in this case. The petition in Case No. 2:22-cv-00437-APG-NJK is identical to the petition in this case, except for an inconsequential difference in the caption of the petition and a different date of Quintana's signature (four days later in this case).

I have dismissed Quintana's petition in Case No. 2:22-cv-00437-APG-NJK, finding that it does not state a claim for habeas corpus relief, and the judgment has been entered in that case. (ECF Nos. 4 and 5 in Case No. 2:22-cv-00437-APG-NJK). I will dismiss this action because it is duplicative of Case No. 2:22-cv-00437-APG-NJK.

I THEREFORE ORDER that this action is DISMISSED as duplicative of Case No. 2:22-cv-00437-APG-NJK. The Clerk will enter judgment accordingly and close this case.

I FURTHER ORDER that a certificate of appealability is DENIED, as jurists of reason would not find it debatable whether I am correct in my ruling.

Dated: March 22, 2022

_____
U.S. District Judge Andrew P. Gordon